JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ed Hull,<br><br>            Plaintiff,<br><br>v.<br><br>Bellflower Town Center, LLC, a California Limited Liability Company; and Does 1-10,<br><br>            Defendant. | Case No.: 2:20-cv-08162-AB-PDx<br><br>ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  December 21, 2020   _____
                                      ANDRÉ BIROTTE JR.
                                      UNITED STATES DISTRICT JUDGE